**FILED**
SEP 28 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>OSCAR MANUEL PATRON,<br><br>                          Defendant. | Case No.: 19CR2994-JLS<br><br>**ORDER SEALING EXHIBITS TO EMERGENCY MOTION FOR SENTENCE REDUCTION** |

Upon request of the defendant and good cause appearing,

IT IS HEREBY ORDERED that the medical records attached as the first exhibit to Defendant's Emergency Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(a) shall be filed under seal.

IT IS SO ORDERED.

Dated: September 28, 2022

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE